In the Matter of JENNIFER CRONK, Respondent, v JOHN B. KING, as Commissioner of Education, et al., Respondents, and BOARD OF EDUCATION OF THE VALHALLA UNION FREE SCHOOL DISTRICT, Appellant.

Submitted January 4, 2016; decided February 23, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 912 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

In the Matter of WASHINGTON DAVIS, Appellant, v KENNETH L. THOMPSON et al., Respondents.

In the Matter of WASHINGTON DAVIS, Appellant, et al., Petitioner, v JULIA L. RODRIGUEZ et al., Respondents.

Submitted November 30, 2015; decided February 23, 2016

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 907 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, Respondent. (Proceeding No. 1.)

In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, Respondent. (Proceeding No. 2.)

In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, Respondent. (Proceeding No. 3.)

Submitted July 6, 2015; decided February 23, 2016

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 908, 909 (2015)]. Motion for other relief dismissed as academic.

Judges STEIN and FAHEY taking no part.